IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nicole Reynolds, | ) | C/A No. 2:21-cv-2690-MBS |
| Plaintiff, | ) | **ORDER CONCERNING REMOVAL** |
| Vs. | ) | |
| Wal-Mart Stores East, LP, | ) | |
| Defendant. | ) | |

  IT IS HEREBY ORDERED that the party(ies) removing this action to this court shall, no later than ten (10) days from the filing date of this order, file (use the event "Reply Not to a Motion") and serve a signed statement that sets forth the following information:

  1. The date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the state court action.

  2. The date(s) on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the date(s) set forth in item number 1.

  3. In actions predicated on diversity jurisdiction, whether any defendants who have been served are citizens of the state in which this court sits.

  4. In actions predicated on diversity jurisdiction, the basis for believing that the amount in controversy exceeds $75,000.00.

  5. If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) first received a paper identifying the basis for such a removal.

  6. In actions removed on the basis of this court's diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily be remanded to state court.

  7. Identify any defendant who was served prior to the time of removal who did not formally join in notice of removal and the reasons therefor.

  IT IS FURTHER ORDERED that all defendants to the action who joined in notice of removal shall file such a statement within the time period set forth herein, although the parties may file a joint statement as long as such statement is signed by counsel for each party.

  IT IS FURTHER ORDERED that the removing defendant(s) shall serve a copy of this order on all other parties to the action no later than the time they file and serve a copy of the statement required by this order. Any party who learns at any time that any of the information provided in the statement(s) filed pursuant to this order contains information that is not correct shall immediately notify the court in writing thereof.

  IT IS FURTHER ORDERED that Plaintiff file a Motion to Remand, if appropriate, within 30 days after the filing of the notice of removal, 28 U.S.C. Section 1447(c).

  IT IS SO ORDERED.

                          s/Margaret B. Seymour
                          SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
**August 31, 2021**